UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-cv-23107-GAYLES

**EVROL EDWARDS, JANET STUBBS, and ZELIA COUTO,** *on behalf of themselves and all others similarly situated*,
        Plaintiffs,

v.

**SETERUS, INC. f/k/a IBM LENDER BUSINESS PROCES SERVICES, INC., et al.,**
        Defendants.

_____/

**ORDER ON NOTICE OF SETTLEMENT**

    **THIS CAUSE** comes before the Court on the Parties' Joint Motion for Stay of Case Pending Approval of Settlement Proceedings and Notice of Class-Wide Settlement [ECF No. 83], which indicates that (1) the Parties have reached a class-wide settlement that, if approved, will resolve all claims in this action; (2) the Parties have signed a Settlement Outline and are in the process of finalizing a written Settlement Agreement; and (3) the Parties will seek preliminary and final approval of their class-wide settlement upon finalization of their written Settlement Agreement, in accordance with the parties' proposed timetable. Being fully advised, it is **ORDERED AND ADJUDGED** that the Parties shall engage in settlement proceedings according to the following schedule:

(1) the Parties shall execute a Settlement Agreement by no later than **October 10, 2016**;

(2) the Plaintiffs shall file a Motion for Preliminary Approval of the Class-Wide Settlement by **October 24, 2016**; and

(3) if the Motion for Preliminary Approval is granted, the Court shall set the date and time for the Final Approval Hearing.

    **IT IS FURTHER ORDERED** that this action shall remain administratively closed.

    **DONE AND ORDERED** in Chambers at Miami, Florida, this 26th day of September, 2016.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE